UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONNA GLAESENER,<br><br>Plaintiff,<br><br>v.<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY, PORT AUTHORITY TRANS-HUDSON<br><br>Defendants. | Civ. No. 2:20-cv-02294 (WJM)<br><br>ORDER |

**WILLIAM J. MARTINI, U.S.D.J.:**

This matter comes before the Court on the motion of Defendants Port Authority Of New York And New Jersey, Port Authority Trans-Hudson ("Defendants") for summary judgment pursuant to Fed. R. Civ. P. 56. ECF No. 67. For the reasons set forth in the accompanying opinion, and for good cause shown,

IT IS on this 30st day of November 2023, **ORDERED** that Defendants' motion for summary judgment is **granted**; and

**IT IS FURTHER ORDERED** that the Clerk's Office shall close this matter.

WILLIAM J. MARTINI, U.S.D.J.